AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| C. Woolf & Sons Marine, Inc., John Norman, David Knecht, Jr., Andres Bello, Edgar Montoya, Roberto Conceicao, Chester Grenade, Miguel Martinez, Tony Blonshine and Shannon Burak, <br> *Plaintiff(s)* <br> v. <br> City of Tampa, <br><br> *Defendant(s)* | Civil Action No. 8:16 cv 2536 T33TBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of Tampa
c/o Bob Buckhorn, Mayor
City Hall
306 East Jackson Street
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric C. Thiel, Esquire
> Banker Lopez Gassler P.A.
> 501 East Kennedy Blvd., Suite 1700
> Tampa, FL 33602
> Tel: 813-221-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 3 1 2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*