UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

C. WOOLF & SONS MARINE, INC.,
JOHN NORMAN, DAVID KNECHT, JR.,
ANDRES BELLO, EDGAR MONTOYA,
ROBERTO CONCEICAO, CHESTER
GRENADE, MIGUEL MARTINEZ,
TONY BLONSHINE and SHANNON
BURAK,

        Plaintiffs,                        CASE NO. 8:16-cv-02536-VMC-TBM

vs.

CITY OF TAMPA,

        Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

__X__  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 12, 2015, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to

counsel of record.

Respectfully submitted,

Eric C. Thiel – FBN 016267
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida   33602
Telephone: (813) 221-1500
Facsimile:  (813) 222-3066
Service-ethiel@bankerlopez.com

and


Clayton Bricklemyer – FBN 792861
Bricklemyer Law Group
1304 S. DeSoto Avenue, Suite 304
Tampa, FL   33606
Telephone:  (813) 229-7700
Facsimile:  (813) 255-2714
clayton@bricklawgroup.com

Attorneys for Plaintiffs